# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

| | |
|---|---|
| Sonya Stepp | Case No. 1:08-cv-00168-SJM |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| United Collection Bureau, Inc. | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a) with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

LEGAL HELPERS, P.C.

By: */s/ Richard J. Meier*
　　Richard J. Meier
　　LEGAL HELPERS, P.C.
　　233 S. Wacker
　　Sears Tower, Suite 5150
　　Chicago, IL 60606
　　Telephone: 1.866.339.1156
　　rjm@legalhelpers.com
　　*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2008 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

Jeffrey C. Turner
Kettering Tower
40 North Main Street, Suite 1610
Dayton, Ohio 45423
*Attorney for Defendant*

                                              */s/ Richard J. Meier*